JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRIS,<br><br>                    Plaintiff,<br><br>          v.<br><br>WALNUT TECH BUSINESS<br>CENTER, INC., ET AL.,<br><br>                    Defendants. | Case No. 2:25-cv-06292-JC<br><br>**ORDER DISMISSING ACTION** |

On August 26, 2025, Plaintiff Michael Harris filed a Notice of Settlement of Entire Case ("Notice"), stating the parties have settled the entire case and anticipated filing dispositional documents within thirty (30) days. (Docket No. 12).

Having considered the Notice and finding good cause therefor, the Court hereby ORDERS:

    1.    All deadlines governing this action are VACATED.

    2.    This action is dismissed without prejudice.  The Court retains jurisdiction to vacate this Order and to reopen the action within thirty (30) days from

1  the date of this Order, provided any request by a party to do so shall
2  make a showing of good cause as to why the settlement has not been
3  completed within the 30-day period, what further settlement processes
4  are necessary, and when the party making such a request reasonably
5  expects the process to be concluded.

6   3.  This Order does not preclude the filing of a stipulation of dismissal with
7  prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval
8  of the Court.  Such stipulation shall be filed within the aforementioned
9  30-day period, or by such later date ordered by the Court pursuant to a
10 stipulation by the parties that conforms to the requirements of a showing
11 of good cause stated above.

13 IT IS SO ORDERED.

15 Dated: August 27, 2025                          /s/
16                                         Honorable Jacqueline Chooljian
17                                         UNITED STATES MAGISTRATE JUDGE

2